# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CONCEPCION GONZALES,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 1:14-cv-03180-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 25, is granted.
Defendant's Motion for Summary Judgment, ECF No. 32, is denied.
Pursuant to sentence four of 42 U.S.C. Section 405(g), this action is reversed and remanded to the Commissioner for further proceedings. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on a motion for summary judgment.

Date: March 24, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Karen White
*(By) Deputy Clerk*

Karen White